| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Woehrle, Carla M. | 2. Court or Organization<br><br>US Dist. Ct. - Cntl Dist of CA | 3. Date of Report<br><br>08/28/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>312 Spring Street<br>Los Angeles, CA 90012 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors | Uncommon Good |
| 2. | Board of Directors | Federal Bar Association, Los Angeles chapter |
| 3. | Trustee | Trust #1 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woehrle, Carla M. | 08/28/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12/31/11 | CalPERS Public Retirement System - Pension Distribution |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woehrle, Carla M. | 08/28/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo (formerly Wachovia Education Finance) | Student Loan | K |
| 2. | Wells Fargo | Student Loan | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woehrle, Carla M. | 08/28/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WELLS FARGO - 18 (IRA) | | | | | | | | | |
| 2. JP Morgan Prime Money Market Sweep - Capital | A | Interest | J | T | | | | | |
| 3. - Blackrock Equity Dividend Fd CL A | A | Dividend | J | T | Buy (add'l) | 01/19/11 | J | | |
| 4. Hartford Mut Fds Inc Cao Aoorec FD Cl A | A | Dividend | | | Sold | 01/15/11 | J | D | |
| 5. Hartford Mutual Fd Global Health Fd Cl A | A | Dividend | | | Sold | 01/15/11 | J | A | |
| 6. American Century Value Fund | A | Dividend | J | T | Buy | 05/17/11 | J | | |
| 7. Manager AMG FDS Systematic Mid Cap Value | A | Dividend | J | T | Buy | 01/19/11 | J | | |
| 8. - Lord Abbett Sec Tr Fundamental Equity Fd Cl A | A | Dividend | J | T | | | | | |
| 9. Oppenheimer Dev Mkts Cl Y | A | Dividend | J | T | Buy | 01/19/11 | J | | |
| 10. Prudential Jennison 20/20 Focus Fund Cl Z | A | Dividend | J | T | Buy | 08/02/11 | J | | |
| 11. - Janus Invt Fd Forty Fd Class I | A | Dividend | | | Sold | 01/05/11 | J | B | |
| 12. - Nuveen Invt Tr II Tradewinds Intl Value Fd Cl I | A | Dividend | J | T | | | | | |
| 13. - Oppenheimer Devl Mkts Fund Cl Y | A | Dividend | J | T | Buy (add'l) | 01/19/11 | J | | |
| 14. - Putnam Growth Opportunities Fd Cl A | A | Dividend | J | T | Buy (add'l) | 01/05/11 | J | | |
| 15. - Fidelity Adv New Insights Fd Cl I | A | Dividend | J | T | Buy (add'l) | 05/17/11 | J | | |
| 16. - Eagle Capital Appreciation Cl A | A | Dividend | | | Sold | 01/05/11 | J | D | |
| 17. Managers AMG Fds Syst Mid Cap Val FDCL A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woehrle, Carla M. | 08/28/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. JP Morgan Tr I US Lrg Cap Core Plus FD Sel CL (Y) | | | | | | | | | |
| 19. Nuveen Tradewinds Global All-Cap Fd Instl Shs Class | A | Dividend | J | T | | | | | |
| 20. Prudential Invt Port Jennison Equity Income Fund CL Z | A | Dividend | J | T | | | | | |
| 21. Putnam Fds Tr Capital Spectrum Fd Cl Y | A | Dividend | J | T | Buy | 05/26/11 | J | | |
| 22. Alger Fds II Spectra Fd Ck I | A | Dividend | J | T | Buy | 01/19/11 | J | | |
| 23. W E L L S F A R G O - 65 (JT) | | | | | | | | | |
| 24. - Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 25. - Viacom, Inc. CL B Common Stock | A | Dividend | J | T | | | | | |
| 26. CBS Corp Cl B (X) | A | Dividend | J | T | Buy (add'l) | 12/15/11 | J | | |
| 27. - FHLMC 3159 Remic Multiclass CMO CPN 6.000% | A | Interest | J | T | | | | | |
| 28. - GNMA 07-2 BA Remic Multiclass CMO CPN 5.5% 06/20/35 | A | Interest | | | Sold | 01/15/11 | J | A | |
| 29. - FNMA 06-107 PD Remic Multiclass CMO 5.0% | A | Interest | J | T | | | | | |
| 30. - FNMA 09-70 LB REMIC Multiclass CMO 5.0% | A | Interest | J | T | | | | | |
| 31. GNMA 10-98 Remic Multipclass CMO Cpn 4.5% due 8/1/40 | A | Interest | J | T | | | | | |
| 32. W E L L S F A R G O - 74 (IRA) | | | | | | | | | |
| 33. JP Morgan Prime Money Market Sweep-Capital | A | Interest | J | T | | | | | |
| 34. - Allianz OCC Growth Fd Cl A | A | Dividend | | | Sold | 01/05/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woehrle, Carla M. | 08/28/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Blackrock FDS II US Opport Port Instl Cl | A | Dividend | | | Sold | 01/05/11 | J | D | |
| 36. - Blackrock Equity Dividend Fd Cl A | A | Dividend | K | T | Buy (add'l) | 01/05/11 | J | | |
| 37. - Fidelity Adv New Insights Fd Cl I | A | Dividend | K | T | Buy (add'l) | 01/19/11 | J | | |
| 38. - First Eagle Gold Inc Fd A | A | Dividend | J | T | Buy (add'l) | 05/17/11 | J | | |
| 39. - Hartford Mut Fds Inc Cap Apprec Fd Cl A | A | Dividend | | | Sold | 01/15/11 | J | A | |
| 40. American Century Value Fund | A | Dividend | J | T | Buy | 05/17/11 | J | | |
| 41. - Hartford Mutual Fds Global Health Fund Cl A | A | Dividend | | | Sold | 01/05/11 | J | A | |
| 42. - Eagle Capital Appreciation Fund | A | Dividend | J | T | Buy (add'l) | 01/05/11 | J | | |
| 43. Columbia Fds Ser Tr 1 Dividend Income | A | Dividend | J | T | Buy | 11/23/11 | J | | |
| 44. Highmark Fds Geneva Mid Cap Growth Fd Cl F | A | Dividend | J | T | Buy | 03/01/11 | J | | |
| 45. First Eagle Funds Sogen Overseas Fund Cl I | A | Dividend | J | T | Buy | 09/27/11 | J | | |
| 46. - Janus Invt Fd Forty Fd Class I | A | Dividend | | | Sold | 01/05/11 | J | A | |
| 47. - Lord Abbett Sec Tr All Value Fd Cl A | A | Dividend | | | Sold | 01/05/11 | J | B | |
| 48. - Oppenheimer Devl Mkts Markets Funds Cl A | A | Dividend | J | T | Buy (add'l) | 01/19/11 | J | | |
| 49. - Putman Growth Opportunities Fund Cl A | A | Dividend | | | Sold | 01/05/11 | J | B | |
| 50. - Transamerica Funds Small/Mid Cap Value Cl A | A | Dividend | | | Sold | 08/02/11 | J | A | |
| 51. Fidelity Adv Emerg Mts Inc CL I | A | Dividend | | | Sold | 07/22/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woehrle, Carla M. | 08/28/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Hartford Mut Fds Inc Intl Opptys Fd Cl A | A | Dividend | | | Sold | 07/22/11 | J | A | |
| 53. Hartford Mut Fds Floating Rate Fund CL A | A | Dividend | | | Sold | 01/05/11 | J | A | |
| 54. Lord Abbett Secs Tr Value Opptys Fund Class F | A | Dividend | J | T | Buy (add'l) | 05/17/11 | J | | |
| 55. Managers AMG FQ Global Altern Fd | A | Dividend | | | Sold | 01/19/11 | J | A | |
| 56. Managers AMG Fds Syst Mid Cap Value FDCL A | A | Dividend | K | T | Buy (add'l) | 01/19/11 | J | | |
| 57. JP Morgan Tr I US Lrg Cap Core Plus Fd Sel Cl | A | Dividend | J | T | Buy (add'l) | 05/17/11 | J | | |
| 58. Nuveen Tradewinds Mkts Fds Class A | A | Dividend | J | T | Buy (add'l) | 05/17/11 | J | | |
| 59. Prudential Jennison 20/20 Focus Fund Cl Z | A | Dividend | J | T | Buy (add'l) | 08/02/11 | J | | |
| 60. Prudential Invt Port Jennison Equity Income Fund Cl Z | A | Dividend | J | T | Buy (add'l) | 08/02/11 | J | | |
| 61. Prudential Jennison Natural Resources Fd Cl Z | A | Dividend | J | T | Buy (add'l) | 12/14/11 | J | | |
| 62. Putnam Fds Tr Capital Spectrum Fd Cl Y | A | Dividend | K | T | Buy | 08/11/11 | K | | |
| 63. Putnam Growth Opporturnities Cl Y | A | Dividend | J | T | Buy | 01/19/11 | J | | |
| 64. Lord Abbett Securities Fundamental Equity Cl F (Y) | | | | | | | | | |
| 65. Managers FDS Global Essentials Fd Instl | A | Dividend | J | T | Buy | 01/19/11 | J | | |
| 66. Managers Small Cao Fund | A | Dividend | J | T | Buy | 03/23/11 | J | | |
| 67. Nuveen Invt Tr II Santa Barbara Dividend Fd Instl | A | Dividend | K | T | Buy | 01/19/11 | K | | |
| 68. Alger Fds II Spectra Fd Cl I | A | Dividend | J | T | Buy | 01/19/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woehrle, Carla M. | 08/28/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Virtur Opportunities Tr pPremium Aplha Sector Fd | A | Dividend | J | T | Buy | 11/23/11 | J | | |
| 70. Wells Fargo Bank | A | Interest | K | T | | | | | |
| 71. Chase Mutual Money Market | A | Interest | K | T | | | | | |
| 72. Real Estate in North Hills, CA (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woehrle, Carla M. | 08/28/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 72 - Personal real estate inherited and sold in 2010.

| Name of Person Reporting | Date of Report |
|---|---|
| Woehrle, Carla M. | 08/28/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carla M. Woehrle**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544